IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL SANDERS, CECILE WHITE, )
CHERYL ULRICH, MARTHA SURRATT, )
SARAH WILLIAMS, KELLY VICK, )
and CHRISTIANS FOR A BETTER )
COMMUNITY, INC. on their own )
behalf and on behalf of all )
others similarly situated, )
                                     )
           Plaintiffs, )
                                     )
   v. )  Civil Action No. 88-1261
                                     )
THE UNITED STATES DEPARTMENT )
OF HOUSING AND URBAN DEVELOPMENT, )
and ITS SECRETARY, THE ALLEGHENY )
COUNTY HOUSING AUTHORITY AND )
ITS EXECUTIVE DIRECTOR, THE )
REDEVELOPMENT AUTHORITY OF )
ALLEGHENY COUNTY and ITS EXECUTIVE )
DIRECTOR, and the COUNTY OF )
ALLEGHENY, PENNSYLVANIA, )
                                     )
          Defendants. )

ORDER OF COURT

AND NOW, this 29th day of September, 2005, for the reasons set forth in the opinion filed this day, IT IS ORDERED that the plaintiff class' petition for an award of attorneys' fees and expenses (Document No. 631) and revised fee petition (Document No. 646) be, and the same hereby are, granted in part and denied in part. Judgment hereby is entered against the United States Department of Housing and Urban Development and in favor of the plaintiff class in the amount of $310,281.52.

In all other respects, the petitions are denied. Payment of the judgment shall be made directly to counsel for the plaintiff class.

*Gustave Diamond*
Gustave Diamond
United States District Judge

Date: *September 29, 2005*

cc: Donald Driscoll, Esq.
Community Justice Project
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219-1659

Lisa A. Olson
U.S. Department of Justice
Attorneys - Civil Division
20 Mass. Ave., N.W., Room 6118
Washington, D.C. 20530

Thomas J. Henderson, Esq.
Julie Nepvue, Esq.
Lawyers Committee for Civil Rights
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005
Raymond N. Baum, Esq.
John Hansberry, Esq.
Pepper Hamilton
50th Fl., One Mellon Bank Center
500 Grant Street
Pittsburgh, PA 15219-2502

J. Deron Gabriel
Assistant County Solicitor
Allegheny County Department of Law
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Clare Harrigan, Esquire
Office of General Counsel
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W., Room 10258
Washington, D.C.  20410

Irving Firman, Esq.
Redevelopment Authority of Allegheny County
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15219

Mark Hornak, Esq.
Buchanan Ingersoll PC
20th Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219